Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second Rd.
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WILLIAM GORMAN | 3:11-CV-6180-MO |
| Plaintiff, | |
| v. | ORDER GRANTING ATTORNEYS' FEES UNDER 42 U.S.C. § 406(b) |
| Commissioner of Social Security, | |
| Defendant. | |

Attorneys' fees in the amount of **$11,639.73** pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. When issuing the 406(b) check for payment to Plaintiff's attorneys, the Commissioner is directed to subtract any applicable processing fees as allowed by statute.

DATED this 2nd day of August, 2013

/s/Michael W. Mosman
United States District Judge

Presented by:

/s/ Alan Graf
Alan Graf
Of Attorneys for Plaintiff

ORDER GRANTING ATTORNEYS' FEES